ABRAHAM, *Respondent—Cross-Appellant,*
*and*
ABRAHAM, *Appellant.*
(No. 33374, CA 6516)
556 P2d 718

*Malcolm J. Corrigall,* Albany, argued the cause for appellant. With him on the brief were Daniels & Corrigall, Albany.

*Gregory L. Decker,* Albany, argued the cause for respondent—cross-appellant. With him on the brief were Richard T. Kropp and Emmons, Kyle, Kropp & Kryger, Albany.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

## PER CURIAM.

This is an appeal from an order modifying a previous support order by raising the required support payments for the benefit of the former wife from $100 per month to $150 per month. She appeals contending the increase is insufficient. The former husband cross-appeals contending there has been no substantial change of circumstance and that therefore no increase is warranted.

Suffice it to say that we agree with the order of the trial judge.

Affirmed. No costs to either party.